

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-13-00539-CV

Bretton Guy **DAWKINS**, Bradley Ken Dawkins, Jerry Howard Oxford and Sharon Ann Oxford,
Appellants

v.

Madelon **HYSAW**, Kathryn Hysaw Weaver, Michael and Cindy Burris Family Partnership III,
Ltd., Byron M. Burris, and Judith Ann Burris Dziuk,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-05-00107-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

On July 30, 2014, this court issued its opinion and judgment. On August 5, 2014, Appellees filed an unopposed motion for extension of time to file a motion for en banc reconsideration until August 29, 2014. *See* TEX. R. APP. P. 49.1, 49.7, 49.8.

Appellees' motion for extension of time is GRANTED. Appellees' motion is due to be filed with this court on August 29, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court